ANNA KATZ et al., Appellants, *v.* BORA REALTY CORPORATION, Respondent.

Argued November 24, 1942; decided January 14, 1943.

*Martin H. Selman* for appellants.

*Stanley Zuckerman* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., FINCH, LEWIS and DESMOND, JJ. Dissenting: LOUGHRAN, RIPPEY and CONWAY, JJ.